PER CURIAM. Judgment reversed, and new trial ordered, with costs to appellant to abide event, upon questions of law and fact. Held, that the decision is contrary to and against the weight of the evidence, and that the evidence tending to impeach the judgment was improperly received.

McLENNAN, P. J., concurs on second ground only.

BURKS, Respondent, v. STATE, Appellant (two cases). (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Alonzo E. Burks against the State of New York. No opinion. Judgment unanimously affirmed, with costs.

BURKS, Respondent, v. STATE, Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Clara G. Burks against the State of New York. No opinion. Judgment unanimously affirmed, with costs.

BURNSIDE et al., Respondents, v. MARSH, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by James M. Burnside and others against Clifford B. Marsh.

PER CURIAM. Order affirmed, without costs. Held, that the motion to amend was properly granted, and it was not, therefore, necessary to grant the motion for judgment. The amended complaint is not before us, so we do not pass upon its sufficiency, and, as it will supersede the original complaint, we do not determine whether that states a cause of action.

BURR MFG. & SUPPLY CO., Appellant, v. QUICK, Respondent. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by the Burr Manufacturing & Supply Company against Lizzie M. Quick. No opinion. Judgment of the Municipal Court affirmed, with costs.

CALLAHAN, Respondent, v. CALLAHAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 22, 1909.) Action by Harriet C. Callahan against James Francis Callahan. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 65 Misc. Rep. 172, 121 N. Y. Supp. 39.

CALLAHAN, Appellant, v. CALLAHAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by Harriet C. Callahan against James F. Callahan. No opinion. Order affirmed, without costs. See, also, supra.

CALLAHAN, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 18, 1910.) Action by Michael M. Callahan against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs.

CALLANAN, Respondent, v. POWERS et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 3, 1909.) Action by Michael J. Callanan against Joseph A. Powers and others. No opinion. Motion to amend judgment granted as per memorandum filed with clerk.

CAMPBELL v. CAMPBELL et al. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by George D. Campbell against Patrick F. Campbell and John J. Campbell, individually and as executor of Patrick Campbell, deceased, and others. No opinion. Order affirmed, with costs. See, also, 133 App. Div. 932, 118 N. Y. Supp. 1098.

CAMINEZ, Respondent, v. SUSSMAN BROS. & CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by Jacob Caminez against Sussman Bros. & Co.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, upon the ground that the answer raises an issue as to the presentation and notice of dishonor of the check in suit, and judgment upon the pleadings should not have been directed. Cassell v. Regierer, 114 N. Y. Supp. 601. The failure to obtain an order directing the issues to be tried was waived by the plaintiff. Tautphœus v. Harbor & Suburban B. & S. Association, 96 App. Div. 23, 88 N. Y. Supp. 709; Blenderman v. Bellis Co., 64 Misc. Rep. 65, 117 N. Y. Supp. 897. The appeal from the order denying the motion to set aside the judgment is dismissed, without costs.

CARBONATING APPARATUS CO., Respondent, v. CHARLES H. SAGAR CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by the Carbonating Apparatus Company against the Charles H. Sagar Company. No opinion. Judgment and order affirmed, with costs. See, also, 121 N. Y. Supp. 1127.

In re CARD'S WILL. (Supreme Court, Appellate Division, Fourth Department. May 25, 1910.) In the matter of the probate of the last will and testament of Emily L. Card, deceased.

PER CURIAM. Decree of Surrogate's Court reversed, upon questions of fact, with costs to appellant to abide event, payable out of the estate, and a trial of the following issues of fact directed to be had, as provided by section 2588 of the Code of Civil Procedure, by and before a jury of the Supreme Court, at a Trial Term thereof, to be convened at Mayville, in and for the county of Chautaqua, on the first Monday in October, 1910, to wit: (1) Did Emily L. Card possess testamentary capacity at the time of the execution of her alleged will, bearing date January 31, 1903? (2) Was the execution of said alleged will procured by undue influence practiced upon her?

CARPENTER, Respondent, v. HAWES, Appellant. (Supreme Court, Appellate Division, First Department. June 17, 1910.) Action by